

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00558-CV

### IN THE MATTER OF THE MARRIAGE OF JONATHAN MARTELL GOODWIN AND TEQUISHA MA-REE GOODWIN

On Appeal from the
214th District Court of Nueces County, Texas
Trial Court Cause No. 2017-FAM-4398-F

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. No costs are assessed, due to appellant's inability to pay costs.

We further order this decision certified below for observance.

February 25, 2021